No. 84–6540.  MUHAMMAD *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 84–6553.  HILL *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 84–6566.  GALA *v.* UNITED STATES DEPARTMENT OF DEFENSE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 84–6573.  LEE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–6574.  PIQUETTE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 84–6577.  RODRIGUEZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 84–6588.  COX *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 84–6593.  TIMLICK *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 84–6597.  GODINO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 84–6600.  BROWN *v.* UNITED STATES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–6663.  ANDINO *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 84–953.  FLORIDA *v.* ZAFRA.  Dist. Ct. App. Fla., 3d Dist. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 84–1227.  CALIFORNIA *v.* RAMOS.  Sup. Ct. Cal.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 84–1537.  EDUCATIONAL BOOKS, INC. *v.* VIRGINIA.  Cir. Ct. Fairfax County, Va.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the convictions.